UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sarah J. Brooks,

     Plaintiff,

v.                                                          Case No.  15-13272

Commissioner of Social                      Honorable Sean F. Cox
Security,

     Defendant.

_____/

## ORDER ADOPTING
## 11/2/16  REPORT AND RECOMMENDATION

Plaintiff filed this action under 42 U.S.C. § 405(g), challenging a final decision of the

Commissioner of Social Security denying her application for Disability Insurance Benefits under

the Social Security Act.  The matter was referred to Magistrate Judge Steven Whalen for

determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and

Recommendation pursuant to § 636(b)(1)(B) and (C).   Thereafter, the parties filed motions for

summary judgment.

On November 2, 2016, Magistrate Judge Whalen issued a Report and Recommendation

("R&R") (Docket Entry No. 24) wherein he recommends that: 1) the Commissioner's motion be

granted; and 2) Plaintiff's motion be denied.

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a

matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after

being served with a copy of the R&R.  "The district judge to whom the case is assigned shall

1

make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id.*

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R.  The Court hereby **ADOPTS** the November 2, 2016 R&R.

**IT IS FURTHER ORDERED** that: 1) the Commissioner's motion is **GRANTED**; 2) Plaintiff's motion is **DENIED**; and 3) the Commissioner's decision is **AFFIRMED.**

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  November 28, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 28, 2016, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager

2